IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI ALLETZHAUSER, et al., | No. C-10-02395 EDL |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GERALD K. WOLF, ET AL., | |
| Defendants. | |

On August 27, 2010, Plaintiffs filed a Notice of Settlement stating that the parties had reached a settlement in this matter. The parties shall inform the Court when the final settlement documents have been executed.

The case management conference scheduled for September 16, 2010 is continued to November 23, 2010 at 10:00 a.m. The parties shall file a joint case management conference statement no later than November 16, 2010. The case management conference will be vacated if the settlement is executed beforehand.

**IT IS SO ORDERED.**

Dated: August 30, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge